## Windisch, Appellant, *v.* First Camden Nat. Bank & Trust Co.

Argued January 7, 1932. Before FRAZER, C. J., SIMPSON, KEPHART, SCHAFFER, MAXEY and DREW, JJ.

*H. James Sautter,* with him *Raymond J. Sicer,* for appellant.

*Richard Kingsbury Stevens,* of *Stradley, Ronon, Stevens & Denby,* for appellee.

PER CURIAM, February 3, 1932:

We are of opinion that this is not a case "clear and free from doubt," this being so, the order discharging the rule for judgment for want of a sufficient affidavit of defense is affirmed: Colonial Securities Co. v. Levy et al. (No. 2), 302 Pa. 329, 331; Sharples v. Northampton Trans. Co., 303 Pa. 211, 212; Chelten Avenue Building Corp. v. Mayer, 306 Pa. 225; Penna. Co. for Insurances, etc., v. Bergson, 307 Pa. 44.

The order of the court below is affirmed.